IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MATTHEW PIPPEN,

        Plaintiff,

v.

SCOTT SCHWEIZER, et al.,

        Defendants.

CIVIL ACTION
NO. 21-1550

### ORDER

**AND NOW**, this 22nd day of November 2021, upon consideration of Plaintiff's Complaint (Doc. No. 1), Defendant's Motion to Dismiss (Doc. No. 3), Plaintiff's Response in Opposition (Doc. No. 6), and Defendant's Reply (Doc. No. 7), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that the Motion to Dismiss (Doc. No. 3) is **GRANTED.** It is further **ORDERED** that Plaintiff is granted leave to file an Amended Complaint by **December 13, 2021.**

BY THE COURT:

  /s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.